No. 98. W. G. BEGLEY *v.* ALICE ERASIME. Error to the Court of Appeals of the State of Kentucky. Argued January 10, 1927. Decided January 17, 1927. *Per Curiam.* Dismissed for want of jurisdiction on the authority of (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671; (2) *Murray's Lessee* v. *Hoboken Land and Improvement Co.,* 18 How. 272,

276; *Ownbey* v. *Morgan,* 256 U. S. 94. *Mr. Cleon K. Calvert* for plaintiff in error. *Alice Erasime, pro se.*